# United States District Court
## Violation Notice

OR 45

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 6905992 | | DPL003 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 07/10/2020  2102 | 41CFR 102-74 385 |

Place of Offense: 1228 SW 3RD Portland, OR

Offense Description: Factual Basis for Charge  HAZMAT ☐

Failure to Comply w/ a lawful order of Police Officer.

**DEFENDANT INFORMATION**

Last Name: SIMONIS
First Name: JUNIPER
M.I.: L

Tag No: N/A

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**

Court Address: 1000 SW 3RD Portland, OR
Date: TBD
Time: TBD

X Defendant Signature: IN CUSTODY

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/10, 2020 while exercising my duties as a law enforcement officer in the FEDERAL District of OREGON

DURING THE COURSE OF ATTEMPTING TO TAKE A/JUNIPER SIMONIS INTO CUSTODY GRIFFIN ORDERED A/SIMONIS TO STOP RESISTING. A/SIMONIS DID NOT COMPLY AND CONTINUED TO ATTEMPT TO PHYSICALLY POWER OUT OF INSPECTORS GRIFFINS GRASP IN AN APPARENT ATTEMPT TO ESCAPE.

*SEE REPORT FOR FURTHER INFORMATION

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/10/2020   Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident